UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRISCILLA JONES,

       Plaintiff,

                                    CASE NO. 17-CV-12666
v.                                  HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (DOC. 14), DENYING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT (DOC. 10), and GRANTING
<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOC. 12)</u>

      Plaintiff Priscilla Jones brought this action challenging defendant Commissioner of Social Security's denial of her claim for social security disability benefits. Before the court are the parties' cross-motions for summary judgment, which were referred to the magistrate judge for a report and recommendation. On July 31, 2018, Magistrate Judge R. Steven Whalen issued his report, recommending that defendant's motion be granted, and plaintiff's motion be denied.

      The magistrate judge specifically stated that any objections to his report were to be filed within 14 days of service, and that failure to file such

objections constituted a waiver of any further right to appeal. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985). No such objections were filed by either party and the time period for doing so has expired.

The court has reviewed the record and briefing in this matter, as well as the magistrate judge's report and recommendation, and adopts the result recommended therein. Accordingly, plaintiff's motion for summary judgment (Doc. 10) is DENIED, defendant's motion for summary judgment (Doc. 12) is GRANTED.

IT IS SO ORDERED.

Dated: August 17, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 17, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk